**STATE of Vermont v. Emerson C. LATHE, Sr., No. 132-72**

February 20, 1976. It being admitted by the State that respondent did not receive a trial by jury and that the record in this case does not show that the respondent waived his constitutional right to a trial by jury, the judgment is reversed. Vt. Const., ch. I, art. 10; *State* v. *Ibey,* 134 Vt. 140, 352 A.2d 691 (1976).

**IN RE PETITION OF John B. HARRINGTON, No. 21-76**

February 24, 1976. It having been brought to the attention of this Court by motion of the petitioner that recorded testimony taken below in this matter has been destroyed, it is ordered that:

(1) Both parties are granted leave to file the affidavits of all witnesses whose recorded testimony was destroyed;

(2) By agreement of the parties, the testimony of Frederic W. Allen, Esq. may be filed by affidavit;

(3) The record will consist of all matters presented below including the report and findings of fact of the bar panel, the existing tapes, the transcribed testimony, any exhibits, plus the aforesaid affidavits;

(4) The petitioner's application for readmission and the full record is remanded to the Professional Conduct Board for review of the report and record and for filing of its own recommendations and findings with this Court, together with the record in accordance with the provisions of Rule XVII(d) of Administrative Order No. 30.

**LIBERTY UNION PARTY and Rosaire Bisson, Sr., et al. v. TOWN OF BARRE, et al., No. 52-76**

February 24, 1976. Petitionee's motion to dismiss Liberty Union Party as a petitioner is granted. *Royalton Tax Prot. Ass'n.* v. *Wassmansdorf,* 128 Vt. 153, 154, 260 A.2d 203 (1969).

The petition for extraordinary relief under V.R.A.P. 21 is denied. *Royalton Tax Prot. Ass'n.* v. *Wassmansdorf,* supra; *Whiteman* v. *Brown,* 128 Vt. 384, 264 A.2d 793 (1970) ; *Brewster* v. *Mayor of Rutland,* 128 Vt. 437, 266 A.2d 428 (1970).

**THE UNION BANK v. W. Michael HILL, et al., No. 43-76**

February 25, 1976. Motion for Permission to Appeal denied. V.R.A.P. 5(b)(1).